No. 99–6077. BRADBURY v. MANOR HEALTHCARE CORP. C. A. 7th Cir. Certiorari denied. 

No. 99–6078. WILBORN, AKA ADAMS v. HARVARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–6080. KIEFFER v. RISKE. C. A. 8th Cir. Certiorari denied. 

No. 99–6082. TYSON v. BOONE, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 99–6083. DENNIS v. SCOTT, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 99–6084. MONSEBROTEN v. MAASS, SUPERINTENDENT, OR-EGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied. 

No. 99–6086. BASILIO v. CAMRAY DEVELOPMENT & CON-STRUCTION CO. ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 99–6089. PURSELL v. PENNSYLVANIA. Sup. Ct. Pa. Cer-tiorari denied. 

No. 99–6097. ORTIZ v. UNITED STATES. C. A. 11th Cir. Cer-tiorari denied. 

No. 99–6103. JEFFERSON v. JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–6120. KENNEDY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–6123. TORRES v. DUFRAIN, SUPERINTENDENT, FRANK-LIN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–6128. WIDMER v. NOBLE ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. 

No. 99–6138. SMITH v. MOTES, JUDGE, PIEDMONT JUDICIAL CIRCUIT. Sup. Ct. Ga. Certiorari denied. 

No. 99–6139. STEVENS v. UNITED STATES. Ct. App. D. C. Certiorari denied.